[No. 29459-8-I.  Division One.  March 15, 1993.]

RONALD SHAW, *Respondent*, v. SEARS, ROEBUCK & CO., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-07627-6, Ricardo S. Martinez, J., entered April 1, 1991, and June 26, 1992. *Reversed* and *remanded for retrial* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Baker, J.

[No. 27277-2-I.  Division One.  March 15, 1993.]

*In the Matter of the Marriage of* DAVID A. ADAMS, *Appellant, and* ROSEMARY ADAMS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 84-3-10698-4, Mary Wicks Brucker, J., entered October 9, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Forrest, JJ.

[No. 29179-3-I.  Division One.  March 15, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD A. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00541-1, John F. Wilson, J., entered September 13, 1991. *Reversed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Kennedy, J.